The Georgia Midland & Gulf Railroad Co. *v.* Harris.

Under the facts, the superior court erred in refusing to grant a new trial.

May 24, 1889.

Railroads.  Damages.  Presumptions.  Negligence. Before Judge Smith.  Harris superior court.  October term, 1888.

Reported in the decision.

GOETCHIUS & CHAPPELL, by brief, for plaintiff in error.
No appearance *contra*.

SIMMONS, Justice.

Mrs. Harris sued the railroad company for damages,
alleging that the company had killed three of her cows.
The defendant admitted that the cows were killed by the
running of its train, and undertook to remove the pre-
sumption cast upon it by the law.   The explanation of
the defendant, by the railroad employés, was, that it was
a dark, foggy night; that the cows could not have been
seen more than twenty-five or thirty yards, on account
of the mist that prevailed at the time; that the train
was a passenger-train, and was running on schedule
time, about twenty-five miles an hour; that the engine
and the train were both in good condition, and the ap-
pliances for stopping the train were first class, it being
supplied with air-brakes in perfect condition, and that
the engine had good head-light; that the rails were wet,
and the brakes did not hold as well when the track was
wet as when dry, and that the light from the head-light
was intercepted by the fog.   The engineer testified that
he was looking ahead at the time, and was the first to
see the cattle before they were struck, and that as soon
as they were seen, he applied his air-brakes and sounded
the cattle-alarm whistle; that there was nothing else he
could have done to prevent the killing of the cattle.
The testimony of the fireman was not introduced, the
other witnesses swearing that their information was
that he was somewhere in Alabama.   The jury found for
the plaintiff, and the defendant moved for a new trial, on
the ground that the verdict was contrary to law, to the
evidence, etc., which motion was overruled and the de-
fendant excepted.

Under the facts as disclosed by this record, we think
the court erred in refusing to grant a new trial.   The

facts are exactly like those in the case of the *Railroad Co. v. Wall*, 80 *Ga.* 202, and the decision in that case controls this.                    *Judgment reversed.*